IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| TVP INVESTMENTS, LLC, | § | |
| | § | No. 24, 2019 |
| Defendant-Below, Appellant, | § | |
| | § | |
| v. | § | Court Below: |
| | § | Court of Chancery |
| DONALD GASGARTH, PAUL | § | of the State of Delaware |
| FREISCHLAG, and JEFF ZWITTER, | § | |
| | § | C.A. No. 2018-0621-JTL |
| Plaintiffs-Below, Appellees. | § | |

Submitted: August 21, 2019
Decided: August 26, 2019

Before **VALIHURA**, **VAUGHN** and **TRAYNOR**, Justices.

# **O R D E R**

This 26th day of August, 2019, having considered this matter on the briefs of the parties and the record below, and having concluded that the same should be affirmed on the basis of, and for the reasons assigned by the Court of Chancery in its Trial Ruling dated December 7, 2018, and its Final Order Awarding Advancement to Plaintiffs dated December 17, 2018;

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery be, and the same hereby is, AFFIRMED.

BY THE COURT:

/s/ Karen L. Valihura
Justice